IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
OCT 17 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | 4:24 CR 00387 |
| ) | |
| v. ) | CASE NO._____ |
| ) | Title 18, United States Code, |
| ANTHONY ALLBRITTON, ) | Sections 922(g)(1), 922(o) and |
| ) | 924(a)(2); Title 26, United States |
| Defendant. ) | Code, Sections 5841, 5861(d), |
| ) | and 5871 |

**JUDGE RUIZ**

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about January 6, 2022, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY ALLBRITTON, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Burglary, on or about June 17, 2010, in Case Number 10CR0028901, in the Circuit Court, Cook County, Illinois; Burglary, on or about June 17, 2010, in Case Number 10CR0029001, in the Circuit Court, Cook County, Illinois; Burglary, on or about June 17, 2010, in Case Number 10CR0029101, in the Circuit Court, Cook County, Illinois; Armed Robbery, on or about April 2, 2013, in Case Number 11CR2111501, in the Circuit Court, Cook County, Illinois, and Armed Robbery, on or about April 2, 2013, in Case Number 11CR2111601, in the Circuit Court, Cook County, Illinois, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Glock-type, .40 caliber pistol, bearing serial number BFTE859 and ammunition, said firearm and ammunition

having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2
(Illegal Possession of a Machinegun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury further charges:

2. On or about January 6, 2022, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY ALLBRITTON did knowingly possess a machinegun, to wit: a Glock-type, .40 caliber pistol, bearing serial number BFTE859, with an installed conversion device, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 3
(Receipt or Possession of Unregistered Firearm, 26 U.S.C. § 5861(d))

The Grand Jury further charges:

3. On or about January 6, 2022, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY ALLBRITTON did knowingly receive and possess a firearm, to wit: a Glock-type, .40 caliber pistol, bearing serial number BFTE859, with an installed conversion device, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## FORFEITURE

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5872, and Title 28 United States Code, Section 2461(c), the allegations of Counts 1 through 3 are incorporated herein by reference. As a result of the foregoing offenses, Defendant ANTHONY ALLBRITTON shall forfeit to the United all firearms and ammunition involved in or used in the violation charged in Counts 1 and

2

2; and all firearms involved in violation in Count 3; including, but not limited to, the following: a Glock-type, .40 caliber pistol, bearing serial number BFTE859, with an installed conversion device, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.