FILED

JUL - 8 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | S U P E R S E D I N G |
| | ) | I N D I C T M E N T |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 4:24-CR-00387 |
| | ) | Title 18, United States Code, |
| ANTHONY ALLBRITTON, | ) | Sections 922(g)(1) and 924(a)(8) |
| | ) | |
| Defendant. | ) | |

COUNT 1
(Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about January 6, 2022, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY ALLBRITTON, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Burglary, on or about June 17, 2010, in Case Number 10CR0028901, in the Circuit Court, Cook County, Illinois; Burglary, on or about June 17, 2010, in Case Number 10CR0029001, in the Circuit Court, Cook County, Illinois; Burglary, on or about June 17, 2010, in Case Number 10CR0029101, in the Circuit Court, Cook County, Illinois; Armed Robbery, on or about April 2, 2013, in Case Number 11CR2111501, in the Circuit Court, Cook County, Illinois, and Armed Robbery, on or about April 2, 2013, in Case Number 11CR2111601, in the Circuit Court, Cook County, Illinois, knowingly possessed in and affecting interstate commerce ammunition, to wit: approximately twenty-six (26) rounds of Sellier and Bellot brand .40 caliber ammunition containing the markings "S&B", a "Neroxin" symbol, and "40 S&W" on the headstamp; approximately (1) one round of Speer brand, .40 S&W caliber ammunition containing the markings "SPEER" and "40

S&W" on the headstamp; approximately eleven (11) rounds of CBC brand .40 S&W caliber ammunition containing the markings "40 S&W", ")", "CBC", and "(" on the headstamp; and approximately thirteen (13) rounds of Winchester brand .40 S&W caliber ammunition containing the markings "WIN" and "40 S&W" on the headstamp, said ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2.     For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28 United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference.  As a result of the foregoing offense, Defendant ANTHONY ALLBRITTON shall forfeit to the United all ammunition involved in or used in the violation charged in Count 1; including, but not limited to, the following: approximately twenty-six (26) rounds of Sellier and Bellot brand .40 caliber ammunition containing the markings "S&B", a "Neroxin" symbol, and "40 S&W" on the headstamp; approximately (1) one round of Speer brand, .40 S&W caliber ammunition containing the markings "SPEER" and "40 S&W" on the headstamp; approximately eleven (11) rounds of CBC brand .40 S&W caliber ammunition containing the markings "40 S&W", ")", "CBC", and "(" on the headstamp; and approximately thirteen (13) rounds of Winchester brand .40 S&W caliber ammunition containing the markings "WIN" and "40 S&W" on the headstamp.

A TRUE BILL.

Original document  - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2